FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

Kelly Ross

VS.          Index No. 2:26-cv-00129-SAB

Joy Campanelli, Genine D. Edwards, Brian Gottlieb

1. Defendants had ex parte communication,

2. This case is within federal jurisdiction,

3. Plaintiff demands damages to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct.

Kelly Ross
3/19/26