FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY ROSS,<br><br>      Plaintiff,<br><br>      v.<br><br>JOY F. CAMPANELLI, GENINE D. EDWARDS, and BRIAN GOTTLIEB,<br><br>      Defendants. | No.  2:26-cv-00129-SAB<br><br><br>**ORDER OF DISMISSAL** |

On March 23, 2026, Magistrate Judge James A. Goeke ordered Plaintiff to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis* within thirty days. ECF No. 3. Plaintiff has taken no action since that order was issued.

Accordingly, **IT IS HEREBY ORDERED**:

1.     Plaintiffs' Application to Proceed in Forma Pauperis, ECF No. 2, is **DENIED**.

2.     The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 28th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**